**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ISTVAN RUZSA,

     Plaintiff,

v.                                      Case No. 6:22-cv-557-RBD-MCR

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____

**ORDER**

In this Social Security case, the Commissioner moved to dismiss the *pro se* Plaintiff's Complaint. (Doc. 27 ("Motion").) On referral, U.S. Magistrate Judge Monte C. Richardson entered a Report and Recommendation that the Court should grant the Motion. (Doc. 29 ("R&R").) More than three months after the R&R, Plaintiff filed an incoherent letter, which the Court construes as an objection. (Doc. 30 ("Objection").) Not only is this Objection untimely,[1] but it also fails to show any deficiency in Judge Richardson's analysis, so the R&R is due to be adopted. *See* 28 U.S.C. § 636(b)(1)(C).

---

[1] Nevertheless, the Commissioner's response to the Objection (Doc. 31) did not challenge its untimeliness.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The Objection (Doc. 30) is **OVERRULED**.

2.    The R&R (Doc. 29) is **ADOPTED AND CONFIRMED** and made a
      part of this Order in its entirety.

3.    The Motion (Doc. 27) is **GRANTED**.

4.    The case is **DISMISSED WITH PREJUDICE**.

5.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September

14, 2023.

ROY B. DALTON, JR.
United States District Judge